UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENNIS ROBINSON, SPENCER ROBINSON, JR., RICKE ROBINSON, CYNTHIA ROBINSON, VICKIE ROBINSON,

       Plaintiffs,

       v.

UNITED STATES OF AMERICA, individually and as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA; and DOES 1 - 100, inclusive,

       Defendant.

       NO. CIV. 2:11-01227 WBS CMK

       <u>ORDER OF RECUSAL</u>

----oo0oo----

       The undersigned hereby recuses himself as the judge to whom this case is assigned.

       IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

       Any dates previously set in this case are hereby

1

1 | VACATED.

2 | DATED: May 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE