UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROBINSON, et al., | No. 2:11-cv-01227-MCE-CMK |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, | |
| Defendant. _____/ | |
| DENNIS ROBINSON, et al., | No. 2:04-cv-00734-RRB-DAD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, as Trustee for the Indians of the Mooretown Rancheria, aka MAIDU INDIANS OF CALIFORNIA, et al., | |
| Defendants. _____/ | |

The Court has received the Notice of Related Case filed on July 28, 2011.

1

1     Examination of the above-entitled civil actions reveals that
2  these actions are related within the meaning of Local Rule 123(a)
3  (E.D. Cal. 1997).  The actions involve many of the same
4  defendants and are based on the same or similar claims, the same
5  property transaction or event, similar questions of fact and the
6  same questions of law, and would therefore entail a substantial
7  duplication of labor if heard by different judges.  Accordingly,
8  the assignment of the matters to the same judge is likely to
9  effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11    The parties should be aware that relating the cases under
12 Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17    IT IS THEREFORE ORDERED that the action denominated 2:04-cv-
18 00734-RRB-DAD, <u>Dennis Robinson, et al. v. United States of</u>
19 <u>America, et al.</u> is reassigned to Judge Morrison C. England, Jr.
20 and Magistrate Judge Craig M. Kellison for all further
21 proceedings, and any dates currently set in this reassigned case
22 only is hereby VACATED.  The Clerk of the Court is to issue an
23 Order Requiring Joint Status Report.  Henceforth, the caption on
24 documents filed in the reassigned case shall be shown as 2:04-cv-
25 00734-MCE-CMK.
26 ///
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE